| PROB 22 (Rev. 12/13) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 8:17CR00205-1 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Erlin Francisco Carrazco Mendoza | DISTRICT District of Nebraska | DIVISION Omaha |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable John M. Gerrard U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/14/17 — TO 11/13/19 |

**FILED MAY 16 2018 CLERK, U.S. DISTRICT CLERK WESTERN DISTRICT OF TEXAS BY _____ DEPUTY**

OFFENSE
Reentry of a Removed Alien After Having Been Convicted of a Felony
[8 U.S.C. 1326(a), 8 U.S.C. 1326(b)(1)] (Class C Felony)

**DR18CR1004**

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 6, 2018
Date

_John M. Gerrard, U.S. District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/7/18
Effective Date

_United States District Judge_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 JUN 21 PM 4:55

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17 CR 205 |
| vs. | INDICTMENT |
| ERLIN CARRAZCO-MENDOZA, | 8 U.S.C. 1326(a) & (b)(1) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about November 3, 2016, in the District of Nebraska, the defendant, ERLIN CARRAZCO-MENDOZA, an alien, who previously had been excluded, deported, and removed from the United States to Honduras, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557), having expressly consented to defendant's reapplication for admission into the United States.

It is further alleged that the defendant, ERLIN CARRAZCO-MENDOZA, was excluded, deported, and removed from the United States subsequent to on or about November 2014.

In violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*Lecia Wright*
LECIA E. WRIGHT, NE # 24562
Assistant U.S. Attorney

AO 245B(Rev. 11/16) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: 8:17CR205-001<br>USM Number: 15034-030 |
| ERLIN FRANCISCO CARRAZCO-MENDOZA | David R. Stickman<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) I of the Indictment.

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section & Nature of Offense | Offense Ended | Count |
|---|---|---|
| 8:1326(a) and (b)(1) REENTRY OF A REMOVED ALIEN AFTER HAVING BEEN CONVICTED OF A FELONY | November 3, 2016 | I |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

September 21, 2017
Date of Imposition of Sentence:

s/ John M. Gerrard
United States District Judge

September 25, 2017
Date

AO245B(Rev 02/16) Judgment in a Criminal Case                                                                 Judgment Page 2 of 6

DEFENDANT: ERLIN FRANCISCO CARRAZCO-MENDOZA
CASE NUMBER: 8:17CR205-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term **of six (6) months.**

☒ The Court makes the following recommendations to the Bureau of Prisons:

   1. Defendant should be given credit for time served. Defendant has been detained since 5/18/17.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                 UNITED STATES MARSHAL

                                 BY: _____
                                                 DEPUTY UNITED STATES MARSHAL

AO245B(Rev 02/16) Judgment in a Criminal Case | Judgment Page 3 of 6

DEFENDANT: ERLIN FRANCISCO CARRAZCO-MENDOZA
CASE NUMBER: 8:17CR205-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **two (2) years.**

### MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☒ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

AO245B(Rev 02/16) Judgment in a Criminal Case Judgment Page 4 of 6

DEFENDANT: ERLIN FRANCISCO CARRAZCO-MENDOZA
CASE NUMBER: 8:17CR205-001

8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at: www.uscourts.gov.

Defendant's Signature _____ Date _____

AO245B(Rev 02/16) Judgment in a Criminal Case | Judgment Page 5 of 6

DEFENDANT: ERLIN FRANCISCO CARRAZCO-MENDOZA
CASE NUMBER: 8:17CR205-001

## SPECIAL CONDITIONS OF SUPERVISION

g. You must comply with all rules and regulations of the Bureau of Immigration Customs Enforcement and, if deported, shall not reenter the United States or reside therein without the express, written permission of the Secretary of the United States Department of Homeland Security.

zz. You must report to the Supervision Unit of the U.S. Probation Office for the District of Nebraska between the hours of 8:00 a.m. and 4:30 p.m., 111 South 18th Plaza, Suite C79, Omaha, Nebraska, (402) 661-7555, within seventy-two (72) hours of being placed on probation or release from confinement and/or return to the United States, and, thereafter, as directed by the probation officer.

AO245B(Rev 02/16) Judgment in a Criminal Case                                                                    Judgment Page 6 of 6

DEFENDANT: ERLIN FRANCISCO CARRAZCO-MENDOZA
CASE NUMBER: 8:17CR205-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

|  | **Assessment** | **JVTA Assessment*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | $100.00 (remitted) | | | |

☐ The determination of restitution is deferred until . An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

**Totals**

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the ☐ fine ☐ restitution

  ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

---

CLERK'S OFFICE USE ONLY:
ECF DOCUMENT

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk

Query    Reports    Utilities    Help    What's New    Log Out

CLOSED,TRIAL-OMAHA

# U.S. District Court
## District of Nebraska (8 Omaha)
## CRIMINAL DOCKET FOR CASE #: 8:17-cr-00205-JMG-MDN-1

| | |
|---|---|
| Case title: USA v. Carrazco-Mendoza | Date Filed: 06/21/2017 |
| Magistrate judge case number: 8:16-mj-00437-SMB | Date Terminated: 09/25/2017 |

Assigned to: Judge John M. Gerrard
Referred to: Magistrate Judge Michael D. Nelson

### Defendant (1)

**Erlin Francisco Carrazco-Mendoza**
*TERMINATED: 09/25/2017*

represented by **David R. Stickman**
FEDERAL PUBLIC DEFENDER'S OFFICE - OMAHA
One Central Park Plaza
222 South 15th Street
Suite 300N
Omaha, NE 68102
(402) 221-7896
Fax: (402) 221-7884
Email: david_stickman@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

8:1326(a) and (b)(1)REENTRY OF A REMOVED ALIEN AFTER HAVING BEEN CONVICTED OF A FELONY (1)

### Disposition

Defendant pleaded guilty to count I of indictment and was committed to the custody of Bureau of Prisons for 6 months; 2 years supervised release with special conditions; $100 Special Assessment (remitted on the motion of the government)

### Highest Offense Level (Opening)

Felony

### Terminated Counts

### Disposition

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 8:1326(a) and (b)(1) REENTRY OF A REMOVED ALIEN AFTER HAVING BEEN CONVICTED OF A FELONY | |

**Plaintiff**

| | | |
| --- | --- | --- |
| USA | represented by | **Lecia E. Wright**<br>U.S. ATTORNEY'S OFFICE - OMAHA<br>1620 Dodge Street<br>Suite 1400<br>Omaha, NE 68102-1506<br>(402) 661-3700<br>Fax: (402) 661-3084<br>Email: lecia.wright@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/23/2016 | 1 | COMPLAINT signed by Magistrate Judge Thomas D. Thalken as to defendant Erlin Francisco Carrazco-Mendoza. (KLF) [8:16-mj-00437-SMB] (Entered: 12/23/2016) |
| 12/23/2016 | 2 | CRIMINAL COVER SHEET as to defendant Erlin Francisco Carrazco-Mendoza. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (KLF) [8:16-mj-00437-SMB] (Entered: 12/23/2016) |
| 12/23/2016 | | Remark - Public: Case filed under seal on 12/23/16 and unsealed on 05/19/17 pursuant to memorandum as to defendant Erlin Francisco Carrazco-Mendoza. (LAC) [8:16-mj-00437-SMB] (Entered: 05/19/2017) |
| 01/03/2017 | 4 | TEXT REASSIGNMENT ORDER - Following Magistrate Judge Thomas D. Thalken's retirement on December 31, 2016, all pending civil and criminal cases previously assigned to Magistrate Thalken are reassigned to Magistrate Judge Susan M. Bazis for judicial supervision and processing of all pretrial matters. Case reassigned to Magistrate Judge Susan M. Bazis. Magistrate Judge |

|            |    |  |
|------------|----|--|
|            |    | Thomas D. Thalken no longer assigned to the case. Ordered by Chief Judge Laurie Smith Camp. (MLF, ) [8:16-mj-00437-SMB] (Entered: 01/03/2017) |
| 05/19/2017 | 5  | NOTICE (MEMORANDUM) TO UNSEAL CASE by Attorney Lecia E. Wright as to defendant Erlin Francisco Carrazco-Mendoza. (LAC) [8:16-mj-00437-SMB] (Entered: 05/19/2017) |
| 05/19/2017 | 6  | TEXT ORDER as to defendant Erlin Francisco Carrazco-Mendoza. Initial Appearance set for 5/24/2017 at 1:30 PM in Courtroom 6, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge F.A. Gossett. Ordered by Magistrate Judge Susan M. Bazis. (MBM) [8:16-mj-00437-SMB] (Entered: 05/19/2017) |
| 05/24/2017 | 8  | ORDER APPOINTING COUNSEL - The Federal Public Defender for the District of Nebraska is appointed to represent the defendant in this matter as to defendant Erlin Francisco Carrazco-Mendoza. Ordered by Magistrate Judge F.A. Gossett. (SLP) [8:16-mj-00437-SMB] (Entered: 05/24/2017) |
| 05/24/2017 | 9  | TEXT MINUTE ENTRY for proceedings held on 5/24/2017 before Magistrate Judge F.A. Gossett as to defendant Erlin Francisco Carrazco-Mendoza. Initial Appearance held on 5/24/2017. Detention Hearing and Preliminary Hearing set for 5/30/2017 10:30 AM in Courtroom 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Susan M. Bazis. Government's oral motion for detention is pending as to flight. Defendant remanded to the custody of the U.S. Marshal to be detained pending further order of the court. Hearing held in Omaha, NE. Appearance for Plaintiff: Lecia E. Wright, USA; Appearance for Defendant: David R. Stickman, FPD; Courtroom Deputy: Sara Pankoke; Court Reporter: Digital Recorder. Spanish Interpreter Laura Garcia-Hein - Live. Time Start: 1:31 PM; Time Stop: 1:34 PM; Time in Court: 3 Minutes. (SLP) [8:16-mj-00437-SMB] (Entered: 05/24/2017) |
| 05/24/2017 | 10 | TEXT ORAL MOTION - for detention by Attorney Lecia E. Wright as to defendant Erlin Francisco Carrazco-Mendoza. (SLP) [8:16-mj-00437-SMB] (Entered: 05/24/2017) |
| 05/24/2017 | 11 | ARREST WARRANT RETURNED EXECUTED as to defendant Erlin Francisco Carrazco-Mendoza. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (JAB) [8:16-mj-00437-SMB] (Entered: 05/24/2017) |
| 05/24/2017 | 12 | AUDIO FILE. Audio as to Defendant (1) Erlin Francisco Carrazco-Mendoza. Court Date & Time [ 05/24/2017 1:31:10 PM ]. File Size [ 804 KB ]. Run Time [ 00:03:21 ]. (Initial Appearance). (auto-docket). [8:16-mj-00437-SMB] (Entered: 05/24/2017) |
| 05/24/2017 | 14 | CONSULAR NOTIFICATION as to defendant Erlin Francisco Carrazco-Mendoza. (SLP) [8:16-mj-00437-SMB] (Entered: 05/25/2017) |

| | | |
|---|---|---|
| 05/30/2017 | 15 | TEXT MINUTE ENTRY for proceedings held in Omaha on 05/30/2017 before Magistrate Judge Susan M. Bazis as to defendant Erlin Francisco Carrazco-Mendoza. Preliminary hearing is held. Evidence by defendant and government. Defendant is held to answer for further proceedings in the District of Nebraska. Detention hearing is held. Government's oral motion for detention is granted. Order of detention is forthcoming. Defendant is remanded to the custody of the U.S. Marshal. Appearance for plaintiff: Lecia E. Wright. Appearance for defendant: David R. Stickman, FPD. Courtroom Deputy: Mary Beth McFarland. Spanish Interpreter Laura Garcia-Hein used - Live. Court Reporter: Digital Recorder. Time Start: 10:38 AM; Time Stop: 10:51 AM; Time in Court: 13 Minutes. (MBM) [8:16-mj-00437-SMB] (Entered: 05/30/2017) |
| 05/30/2017 | 16 | WITNESS LIST as to defendant Erlin Francisco Carrazco-Mendoza from hearing held on 05/30/2017. (MBM) [8:16-mj-00437-SMB] (Entered: 05/30/2017) |
| 05/30/2017 | 17 | ORDER of Detention pending trial as to defendant Erlin Francisco Carrazco-Mendoza. Ordered by Magistrate Judge Susan M. Bazis. (MBM) [8:16-mj-00437-SMB] (Entered: 05/30/2017) |
| 05/30/2017 | 18 | AUDIO FILE. Audio as to Defendant (1) Erlin Francisco Carrazco-Mendoza. Court Date & Time [ 05/30/2017 10:38:29 AM ]. File Size [ 3144 KB ]. Run Time [ 00:13:06 ]. (Detention Hearing). (auto-docket). [8:16-mj-00437-SMB] (Entered: 05/30/2017) |
| 06/21/2017 | 19 | PART 1 OF 2 - INDICTMENT with foreperson's signature redacted pursuant to the E-Government Act as to defendant Erlin Francisco Carrazco-Mendoza. (MLF, ) (Entered: 06/23/2017) |
| 06/21/2017 | 20 | PART 2 OF 2 - FOREPERSON'S SIGNATURE PAGE regarding Indictment 19 as to defendant(s) Erlin Francisco Carrazco-Mendoza. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (MLF, ) (Entered: 06/23/2017) |
| 06/21/2017 | 21 | CRIMINAL COVER SHEET as to defendant Erlin Francisco Carrazco-Mendoza. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (MLF, ) (Entered: 06/23/2017) |
| 06/26/2017 | 22 | TEXT ORDER SETTING HEARING as to defendant Erlin Francisco Carrazco-Mendoza. Arraignment set for 6/30/2017 at 1:30 PM in Courtroom 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Susan M. Bazis. Ordered by Magistrate Judge F.A. Gossett. (SLP) (Entered: 06/26/2017) |
| 06/30/2017 | 23 | TEXT MINUTE ENTRY for arraignment held in Omaha on 06/30/2017 before |

| | | |
|---|---|---|
| | | Magistrate Judge Susan M. Bazis as to defendant Erlin Francisco Carrazco-Mendoza. Defendant acknowledges receipt of a copy of the Indictment. Not guilty plea entered on all counts. Defendant does request discovery material pursuant to Rule 16. Government does not adopt open file policy regarding discovery. Progression order to be issued. Defendant is remanded to the custody of the U.S. Marshal. Appearance for plaintiff: Lecia E. Wright. Appearance for defendant: David R. Stickman, FPD. Courtroom Deputy: Mary Beth McFarland. Spanish Interpreter Laura Garcia-Hein used - Live. Court Reporter: Digital Recorder. Time Start: 1:33 PM; Time Stop: 1:36 PM; Time in Court: 3 Minutes. (MBM) (Entered: 06/30/2017) |
| 06/30/2017 | 24 | ORDER FOR PROGRESSION OF A CRIMINAL CASE as to defendant Erlin Francisco Carrazco-Mendoza - discovery due 07/07/2017. Pretrial Motion Deadline set for 7/20/2017. Ordered by Magistrate Judge Susan M. Bazis. (MBM) (Entered: 06/30/2017) |
| 06/30/2017 | 25 | AUDIO FILE. Audio as to Defendant (1) Erlin Francisco Carrazco-Mendoza. Court Date & Time [ 6/30/2017 1:33:21 PM ]. File Size [ 783 KB ]. Run Time [ 00:03:16 ]. (Arraignment). (auto-docket). (Entered: 06/30/2017) |
| 07/03/2017 | 26 | TEXT REASSIGNMENT ORDER - Following Magistrate Judge Gossett's retirement on June 30, 2017, all pending civil and criminal cases previously assigned to Magistrate Judge Gossett are reassigned to Magistrate Judge Nelson for judicial supervision and processing of all pretrial matters. Ordered by Chief Judge Laurie Smith Camp. (KLF) (Entered: 07/03/2017) |
| 07/06/2017 | 27 | NOTICE of Notice of Compliance Pursuant to Local Criminal Rule 16.1(a) by Attorney Lecia E. Wright as to defendant(s) Erlin Francisco Carrazco-Mendoza. (Wright, Lecia) (Entered: 07/06/2017) |
| 07/25/2017 | 28 | ORDER SETTING CHANGE OF PLEA HEARING AND SENTENCING - At least two (2) working days in advance of the plea proceeding, counsel for plaintiff and for defendant shall email to the undersigned judge a copy of the following - (a) a copy of the Petition to Enter A Guilty Plea;(b) a copy of any plea agreement; and (c) a copy of any charging document not yet on file. The time between today's date and the date of the hearing is excluded under 18 U.S.C. 3161(h)(7)(A) & (B). The ends of justice outweigh the best interest of the public and defendant in a speedy trial, and the failure to grant a continuance would result in a miscarriage of justice. Change of Plea and Sentencing hearing set for 9/21/2017 at 11:00 AM in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Judge John M. Gerrard as to defendant Erlin Francisco Carrazco-Mendoza. Ordered by Judge John M. Gerrard. (CCB) (Entered: 07/25/2017) |
| 09/07/2017 | 29 | ADOPTION OF/STATEMENT REGARDING PRESENTENCE REPORT by Attorney David R. Stickman as to defendant(s) Erlin Francisco Carrazco-Mendoza. (Stickman, David) (Entered: 09/07/2017) |
| 09/08/2017 | 30 | TENTATIVE FINDINGS regarding Revised Modified/Expedited Presentence Investigation Report as to defendant Erlin Francisco Carrazco-Mendoza. Ordered by Judge John M. Gerrard. (KLF) (Entered: 09/08/2017) |

| | | |
|---|---|---|
| 09/21/2017 | 31 | TEXT MINUTE ENTRY for change of plea and sentencing proceedings held before Judge John M. Gerrard in Omaha on 9/21/17 as to defendant Erlin Francisco Carrazco-Mendoza.Defendant arraigned on Count I of the Indictment. Defendant advised of penalties. Defendant pleads guilty and court finds the plea is knowing, intelligent, and voluntary and there is a factual basis for the plea and defendant is found guilty on Count I of the indictment.Court accepts fast track plea agreement and adopts the modified/expedited presentence report. The court grants a four level fast track departure. It is ordered that the defendant is sentenced to the Bureau of Prisons for 6 months with no supervised release to follow. On motion of the government, the $100.00 special assessment is remitted. Defendant remanded to the custody of the U. S. Marshal. Appearance for Plaintiff: Russ Mayer for Lecia Wright; Defendant: David Stickman, FPD; Courtroom Deputy: Colleen Beran; Court Reporter: Sue DeVetter. Spanish Interpreter Kelly Varguez used - Live. Time Start: 11:06 a.m.; Time Stop: 11:36 a.m.; Time in Court: 30 Minutes. (CCB) (Entered: 09/21/2017) |
| 09/21/2017 | 33 | PETITION to enter plea of guilty as to defendant Erlin Francisco Carrazco-Mendoza. (CCB) (Entered: 09/22/2017) |
| 09/21/2017 | 34 | PLEA AGREEMENT as to defendant Erlin Francisco Carrazco-Mendoza. (CCB) (Entered: 09/22/2017) |
| 09/21/2017 | 35 | NOTICE OF RIGHT TO APPEAL in criminal cases and counsel's acknowledgment and receipt of the 8th Circuit's Rule 27C by Attorney David R. Stickman as to defendant Erlin Francisco Carrazco-Mendoza. (CCB) (Entered: 09/22/2017) |
| 09/25/2017 | 36 | JUDGMENT as to defendant Erlin Francisco Carrazco-Mendoza Defendant pleaded guilty to count I of indictment and was committed to the custody of Bureau of Prisons for 6 months; 2 years supervised release with special conditions; $100 Special Assessment (remitted on the motion of the government). Ordered by Judge John M. Gerrard. (4 Certified copies to USM) (MLF, ) (Entered: 09/25/2017) |
| 05/16/2018 | 38 | Probation Jurisdiction Transferred to USDC Western District of Texas as to Erlin Francisco Carrazco-Mendoza. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Judge John M. Gerrard. (LKO) (Entered: 05/16/2018) |
| 05/16/2018 | 39 | Notice to USDC Western District of Texas of a Transfer of Jurisdiction as to defendant Erlin Francisco Carrazco-Mendoza. The following documents are available on the public docket: Complaint 1 , Indictment 19 , and Judgment 36 . NOTE: Upon request all sealed and restricted documents will be sent via a separate e-mail. To request additional transfer information, please send a request to: clerk@ned.uscourts.gov. (LKO) (Entered: 05/16/2018) |